EXCEPTIONS ordered to be first heard at general term after a verdict for plaintiffs.

Action of ejectment brought by Ellison Bartholemew and others, the widow and children of Daniel Bartholemew, deceased, against Harvey Lyon, to recover thirty acres of land in Chemung county.

*Smith & Hill*, for plaintiffs.

*R. King*, for defendant.

BOCKES, J.

The head-note states the points passed upon in the opinion, and it is not believed necessary to give the same at length.

*Judgment for plaintiffs.*

---

MEDDAUGH, appellant, v. BIGELOW.

APPEAL from an order granting a new trial on the minutes of the court.

Action by Andrew Meddaugh against William A. Bigelow to recover an alleged loan of money.

*R. King*, for appellant.

*Collin & Atwell*, for respondent.

BOCKES, J., also MILLER, P. J.

The court before which the case was tried set aside the verdict for plaintiff, as being against the preponderance of evidence, and granted a new trial. The order was affirmed on that ground.

*Order affirmed.*

---

BLANCHARD v. WESTERN UNION TELEGRAPH COMPANY.

*Nuisance — telegraph cable in river — Negligence.*

A telegraph company laid a wire cable across the channel of a river so that it rubbed against the keels of vessels, but obstructed no vessels, although a great number passed over, except one of plaintiff's, which was injured